**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**


**Criminal Case No.  11-MJ-00156-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SAMUEL SANTISTEVAN,**

**Defendant.**

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

 After conferring with counsel;

 **IT IS HEREBY ORDERED** that the Detention and Preliminary Hearings previously scheduled for November 29, 2011 at 3:00 p.m. are **RESCHEDULED** for **November 29, 2011 at 2:30 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: November 28, 2011.**

       BY THE COURT:

       s/David L. West_____
       **United States Magistrate Judge**